SOLOMON B. CERA (State Bar No. 99467)
THOMAS C. BRIGHT (State Bar No. 169713)
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Fax: (415) 777-5189
Email: scera@gbcslaw.com
Email: tbright@gbcslaw.com

*Counsel for the Boilermaker Blacksmith National Pension Trust and Proposed Liaison Counsel for the Class*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS MULLIGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC., LARRY HSU, ARTHUR A. KOCH and BRYAN M. REASONS,<br><br>                    Defendants. | Case No.  3:13-cv-01037-EMC<br><br>**RESPONSE OF BOILERMAKER BLACKSMITH NATIONAL PENSION TRUST TO COURT'S ORDER RE MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>DATE: June 21, 2013<br>TIME:  1:30 p.m.<br>COURTROOM: 5<br>Honorable Edward M. Chen |

(Caption continued on next page)

RESPONSE TO COURT'S ORDER RE MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 3:13-cv-01037-EMC

COHEN MILSTEIN
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | HAVERHILL RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:13-CV-01566-EMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | IMPAX LABORATORIES, INC., LARRY HSU, ARTHUR A. KOCH, and BRYAN M. REASONS, | |
| 6 | | |
| 7 | Defendants. | |

ii
RESPONSE TO COURT'S ORDER RE MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 3:13-cv-01037-EMC

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

The Boilermaker Blacksmith National Pension Trust ("Boilermaker") respectfully submits this response to the Court's June 17, 2013 Order Re Motions for Appointment as Lead Plaintiff (Dkt. No. 45). The Order directed the lead plaintiff movants to submit to the Court their financial interest as calculated using the retained share method from *Eichenholtz v. Verifone Holdings, Inc.*, C07-06140MHP, 2008 WL 3925289 (N.D. Cal. Aug. 22, 2008).

The *Eichenholtz* retained share method involves first "determining the shares bought during the class period that were retained" at the end of the class period. *Id*. at *4. Here, Boilermaker retained 77,075 shares of Impax stock at the end of the class period, March 4, 2013. *See* loss charts and certification attached as Exhibits B and D to the May 6, 2013 Declaration of Daniel S. Sommers ("Sommers Decl.") (Dkts. No. 17-2, 17-4).[1]

Next, "[t]he amount paid for the shares retained as of [the end of the class period] are calculated according to the price paid for the shares bought most recently in time, but prior to, [the end of the class period.]" *Eichenholtz*, 2008 WL 3925289, at *4. Here, the price paid for shares during Boilermaker's last class period purchase (on September 18, 2012) was $24.3688. *See* Sommers Decl., Exs. B, D. This yields a total retained value of $1,878,225.26.[2]

Finally, the "losses on the retained shares are calculated according to the following formula:"

> if a share was not sold within 90 days subsequent to [March 4, 2013], the loss is to be measured using an average of the daily closing price of [Impax] stock during the 90–day period beginning [March 4, 2013]. If a share was sold within 90 days subsequent to [March 4, 2013], the loss is to be measured using the higher of the actual sale price or an average of the daily closing price from [March 4, 2013] to the date of sale.

*Eichenholtz*, 2008 WL 3925289, at *4.

Here, all of Boilermaker's retained shares were sold during the 90-day period after March

---

[1] The retained shares figure is the same under both the class period identified in *Mulligan v. Impax Laboratories, Inc., et al.*, C-13-1037 EMC and the class period identified in *Haverhill Retirement System v. Impax Laboratories, Inc., et al.*, C-13-1566-EMC, and, hence, Boilermaker's financial interest under the retained share method are the same for both proposed class periods.

[2] The result would be approximately the same if the actual purchase price of the retained shares was used. Using the actual purchase price yields a total retained value of $1,825,610.67.

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

1
RESPONSE TO COURT'S ORDER RE MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 3:13-cv-01037-EMC

4, 2013. *See* Exhibit A attached hereto.[3] Therefore, for each of the retained shares, the loss was measured using the higher of the actual sale price or an average of the daily closing price from March 4, 2013 to the date of sale. Applying this formula, Boilermaker's financial interest is $629,309.67 under both class periods.[4] *See* Exhibit B.

Boilermaker stands ready to submit any additional information the Court may request.

Dated: June 18, 2013  Respectfully submitted,

GOLD BENNETT CERA & SIDENER LLP

  /s/ Solomon B. Cera
Solomon B. Cera

*Counsel for the Boilermaker Blacksmith National Pension Trust and Proposed Liaison Counsel for the Class*

COHEN MILSTEIN SELLERS
 & TOLL PLLC

Steven J. Toll
Daniel S. Sommers
Joshua M. Kolsky
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Christopher Lometti
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Counsel for the Boilermaker Blacksmith National Pension Trust and Proposed Lead Counsel for the Class*

---

[3] Exhibit A sets forth post-class period sales of Boilermaker's retained shares and details the date of each transaction, the number of shares sold, the actual sale price, the "lookback price" measured by the average daily closing price of Impax stock as of the date of each sale, and the value for each sale.

[4] Boilermaker notes that its financial interest would be $576,695.08 if actual purchase prices are used rather than the price paid for the shares most recently bought in time as required by the *Eichenholtz* court.

RESPONSE TO COURT'S ORDER RE MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 3:13-cv-01037-EMC

COHEN MILSTEIN
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW