SOLOMON B. CERA (State Bar No. 99467)
THOMAS C. BRIGHT (State Bar No. 169713)
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Fax: (415) 777-5189
Email: scera@gbcslaw.com
Email: tbright@gbcslaw.com

*Counsel for the Boilermaker Blacksmith National Pension Trust and Liaison Counsel for the Class*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS MULLIGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>Defendants. | Case No. 3:13-cv-01037-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING**<br><br><u>CLASS ACTION</u> |
| HAVERHILL RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>Defendants. | Case No. 3:13-CV-01566-EMC |

WHEREAS, by order dated July 2, 2013 (ECF No. 53), the Court consolidated the above-captioned actions, appointed the Boilermaker Blacksmith National Pension Trust as Lead Plaintiff, and approved Cohen Milstein Sellers & Toll PLLC as Lead Counsel, and Gold Bennett Cera & Sidener LLP as liaison counsel;

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

1
STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING
Case No. 3:13-cv-01037-EMC

WHEREAS, Lead Plaintiff and Defendants Impax Laboratories, Inc., Larry Hsu, Arthur A. Koch, and Bryan M. Reasons ("Defendants"), through their respective counsel, have conferred and agreed upon a date for Lead Plaintiff to file a Consolidated Class Action Complaint (the "Consolidated Complaint");

WHEREAS, Lead Plaintiff and Defendants, through their respective counsel, have further agreed upon the dates for Defendants to answer, move to dismiss, or otherwise respond to the Consolidated Complaint, and the dates for briefing any such motion to dismiss;

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, subject to Court approval as follows:

1. Lead Plaintiff shall file its Consolidated Complaint by September 3, 2013.

2. Defendants shall file their answers or motions to dismiss the Consolidated Complaint on or before November 4, 2013.

3. Lead Plaintiff shall file its opposition to any motion to dismiss on or before December 19, 2013.

4. Defendants shall file any replies in support of their motion(s) to dismiss on or before January 21, 2014.

Dated: July 11, 2013

GOLD BENNETT CERA & SIDENER LLP

   /s/ Solomon B. Cera
Solomon B. Cera

*Counsel for the Boilermaker Blacksmith National Pension Trust and Liaison Counsel for the Class*

COHEN MILSTEIN SELLERS
 & TOLL PLLC

Steven J. Toll (Admitted *Pro Hac Vice*)
Daniel S. Sommers (Admitted *Pro Hac Vice*)
Joshua M. Kolsky (Admitted *Pro Hac Vice*)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

2
STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING
Case No. 3:13-cv-01037-EMC

Christopher Lometti (Admitted *Pro Hac Vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Counsel for the Boilermaker Blacksmith National Pension Trust and Lead Counsel for the Class*

LATHAM & WATKINS LLP

    /s/ Peter A. Wald

Peter A. Wald (Bar No. 85705)
Marcy C. Priedeman (Bar No. 258505)
505 Montgomery St., Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
peter.wald@lw.com
marcy.priedeman@lw.com

and

Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California 94025-1008
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
patrick.gibbs@lw.com

*Counsel for Defendants Impax Laboratories, Inc., Larry Hsu, Arthur A. Koch, and Bryan M. Reasons*

COHEN MILSTEIN
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW

3
STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING
Case No. 3:13-cv-01037-EMC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Motion hearing is set for 2/6/14 at 1:30 p.m.

Dated: July 15, 2013

_____
Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

Submitted by:

Solomon B. Cera (State Bar No. 99467)
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-mail: scera@gbcslaw.com

*Counsel for Boilermaker Blacksmith National Pension Trust and Liaison Counsel for the Class*

- and -
COHEN MILSTEIN SELLERS
 & TOLL PLLC

Steven J. Toll (Admitted *Pro Hac Vice*)
Daniel S. Sommers (Admitted *Pro Hac Vice*)
Joshua M. Kolsky (Admitted *Pro Hac Vice*)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Christopher Lometti (Admitted *Pro Hac Vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Counsel for the Boilermaker Blacksmith National Pension Trust and Lead Counsel for the Class*

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

4
STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING
Case No. 3:13-cv-01037-EMC