ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DARREN J. ROBBINS (168593)
DAVID C. WALTON (167268)
CATHERINE J. KOWALEWSKI (216665)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
davew@rgrdlaw.com
katek@rgrdlaw.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS MULLIGAN, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) IMPAX LABORATORIES, INC., LARRY HSU, ARTHUR A. KOCH and BRYAN M. REASONS, ) ) ) ) Defendants. ) | No. 3:13-cv-01037-EMC <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL AND WITHDRAWAL OF COUNSEL |

Upon consideration of plaintiff Denis Mulligan's Notice of Request for Voluntary Dismissal of Plaintiff and Withdrawal as Counsel, and for good cause shown, it is HEREBY ORDERED THAT plaintiff Denis Mulligan is voluntarily dismissed without prejudice to its ability to participate in this action as an absent class member and Darren J. Robbins, David C. Walton, John K. Grant, Shawn A. Williams, Tricia L. McCormick, and Catherine J. Kowalewski of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel for record.  The clerk is directed to remove Robbins Geller Rudman & Dowd LLP from the docket, along with the above-named attorneys.

IT IS SO ORDERED.

DATED: _____7/19/13_____   _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DAVID C. WALTON
CATHERINE J. KOWALEWSKI
TRICIA L. McCORMICK


    s/ Tricia L. McCormick
         TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ADEMI & O'REILLY, LLP
GURI ADEMI
SHPETIM ADEMI
3620 East Layton Avenue
Cudahy, WI  53110
Telephone:  414/482-8000
414/482-8001 (fax)

Attorneys for Plaintiff

I:\TGrabowski\Impax Labs 13\Notice of Dismissal and Withdrawal Mulligan.doc

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL AND WITHDRAWAL OF COUNSEL
- 3:13-cv-01037-EMC                                                                                                    - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2013.

s/ Tricia L. McCormick
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:tmccormick@rgrdlaw.com

## Mailing Information for a Case 3:13-cv-01037-EMC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shpetim Ademi**
  sademi@ademilaw.com

- **Thomas C. Bright**
  tbright@gbclaw.com

- **Solomon B. Cera**
  scera@gbcslaw.com,keg@gbcslaw.com,jrl@gbcslaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com,Jennifer.Duckworth@lw.com

- **John K. Grant**
  johnkg@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Joshua Michael Kolsky**
  jkolsky@cohenmilstein.com

- **Christopher Lometti**
  clometti@cohenmilstein.com,efilings@cohenmilstein.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,amyn@blbglaw.com,kayem@blbglaw.com,jessica.cuccurullo@blbglaw.com,nikim@blbglaw.com

- **Marcy Christina Priedeman**
  marcy.priedeman@lw.com,#sfdocket@lw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Daniel S. Sommers**
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

- **Steven J. Toll**
  stoll@cohenmilstein.com

- **Peter Allen Wald**
  peter.wald@lw.com,caroline.yu@lw.com,#sfdocket@lw.com,john.eastly@lw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Guri                Ademi
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

Catherine           J. Kowalewski
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
```