ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT (169813)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
johnkg@rgrdlaw.com
      – and –
TRICIA L. McCORMICK (199239)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
triciam@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENIS MULLIGAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 3:13-cv-01037-EMC |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | [PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL |
| IMPAX LABORATORIES, INC., et al., | ) ) | |
| Defendants. | ) ) | |

1   Upon consideration of Notice of Request for Withdrawal as Counsel, and for good cause
2   shown, it is HEREBY ORDERED THAT Darren J. Robbins, David C. Walton, John K. Grant,
3   Shawn A. Williams, Tricia L. McCormick, and Catherine J. Kowalewski of Robbins Geller Rudman
4   & Dowd LLP are hereby withdrawn as counsel for record.  The clerk is directed to remove Robbins
5   Geller Rudman & Dowd LLP from the docket, along with the above-named attorneys.

IT IS SO ORDERED.

DATED: __7/19/13_____     _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*[Signature stamp: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]*

Submitted by:

ROBBINS GELLER RUDMAN
   & DOWD LLP
TRICIA L. McCORMICK

         s/ Tricia L. McCormick
_____
         TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
JOHN K. GRANT
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

[Proposed] Lead Counsel for Plaintiffs

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
MICHAEL W. STOCKER
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 16, 2013.

          s/ Tricia L. McCormick
          TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:tmccormick@rgrdlaw.com

I:\TGrabowski\Impax Labs 13\Order re request for withdrawal Bermuda.doc

## Mailing Information for a Case 3:13-cv-01037-EMC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shpetim Ademi**
  sademi@ademilaw.com

- **Thomas C. Bright**
  tbright@gbclaw.com

- **Solomon B. Cera**
  scera@gbcslaw.com,keg@gbcslaw.com,jrl@gbcslaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com,Jennifer.Duckworth@lw.com

- **John K. Grant**
  johnkg@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Joshua Michael Kolsky**
  jkolsky@cohenmilstein.com

- **Christopher Lometti**
  clometti@cohenmilstein.com,efilings@cohenmilstein.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,amyn@blbglaw.com,kayem@blbglaw.com,jessica.cuccurullo@blbglaw.com,nikim@blbglaw.com

- **Marcy Christina Priedeman**
  marcy.priedeman@lw.com,#sfdocket@lw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Daniel S. Sommers**
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

- **Steven J. Toll**
  stoll@cohenmilstein.com

- **Peter Allen Wald**
  peter.wald@lw.com,caroline.yu@lw.com,#sfdocket@lw.com,john.eastly@lw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Guri                 Ademi
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

Catherine            J. Kowalewski
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
```