1  SOLOMON B. CERA (State Bar No. 99467)
2  THOMAS C. BRIGHT (State Bar No. 169713)
   GOLD BENNETT CERA & SIDENER LLP
3  595 Market Street, Suite 2300
   San Francisco, California 94105
4  Telephone: (415) 777-2230
   Fax: (415) 777-5189
5  Email: scera@gbcslaw.com
   Email: tbright@gbcslaw.com

6  *Counsel for the Boilermaker Blacksmith National Pension*
7  *Trust and Liaison Counsel for the Class*

8  [Additional counsel listed on signature page]

9

10 UNITED STATES DISTRICT COURT
11 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  DENIS MULLIGAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:13-cv-01037-EMC |
| 13 | **STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING** |
| 14  Plaintiff,<br>v. | |
| 15  IMPAX LABORATORIES, INC., LARRY HSU, ARTHUR A. KOCH and BRYAN M. REASONS, | <u>CLASS ACTION</u> |
| 17 | |
| 18  Defendants. | |
| 19  HAVERHILL RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:13-cv-01566-EMC |
| 21  Plaintiff, | |
| 22  v. | |
| 23  IMPAX LABORATORIES, INC., LARRY HSU, ARTHUR A. KOCH, and BRYAN M. REASONS, | |
| 25  Defendants. | |

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING
Case No. 3:13-cv-01037-EMC

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

1   WHEREAS, by Order dated July 2, 2013, the Court consolidated the above-captioned actions, appointed the Boilermaker Blacksmith National Pension Trust as Lead Plaintiff, and approved Cohen Milstein Sellers & Toll PLLC as Lead Counsel, and Gold Bennett Cera & Sidener LLP as liaison counsel;

WHEREAS, by Order dated July 15, 2013, the Court set September 3, 2013 as the deadline for Lead Plaintiff to file a Consolidated Class Action Complaint (the "Consolidated Complaint"); set deadlines for Defendants to answer, move to dismiss, or otherwise respond to the Consolidated Complaint; and set the dates for briefing any such motion to dismiss (ECF No. 56);

WHEREAS, the Court has not previously modified the deadlines set on July 15, 2013;

WHEREAS, Lead Plaintiff has worked earnestly to meet the existing deadline but scheduling issues have required that a brief ten-day modification of the schedule be sought;

WHEREAS, Lead Plaintiff and Defendants Impax Laboratories, Inc., Larry Hsu, Arthur A. Koch, and Bryan M. Reasons ("Defendants"), through their respective counsel, have conferred and agreed to extend the date for Lead Plaintiff to file the Consolidated Complaint by ten days;

WHEREAS, Lead Plaintiff and Defendants, through their respective counsel, have further agreed to extend by ten days the dates for Defendants to answer, move to dismiss, or otherwise respond to the Consolidated Complaint, and the dates for briefing any such motion to dismiss;

WHEREAS, the proposed time modifications would have no effect on the schedule for the case other than as described below;

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, subject to Court approval as follows:

1. Lead Plaintiff shall file its Consolidated Complaint by September 13, 2013.

2. Defendants shall file their answers or motions to dismiss the Consolidated Complaint on or before November 14, 2013.

3. Lead Plaintiff shall file its opposition to any motion to dismiss on or before December 30, 2013.

4. Defendants shall file any replies in support of their motion(s) to dismiss on or before January 31, 2014.

Dated: August 27, 2013

GOLD BENNETT CERA & SIDENER LLP

/s/ Solomon B. Cera
Solomon B. Cera

*Counsel for the Boilermaker Blacksmith National Pension Trust and Liaison Counsel for the Class*

COHEN MILSTEIN SELLERS
 & TOLL PLLC

Steven J. Toll (admitted *pro hac vice*)
Daniel S. Sommers (admitted *pro hac vice*)
Joshua M. Kolsky (admitted *pro hac vice*)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Christopher Lometti (admitted *pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Counsel for the Boilermaker Blacksmith National Pension Trust and Lead Counsel for the Class*

LATHAM & WATKINS LLP

/s/Peter A. Wald

Peter A. Wald (Bar No. 85705)
Marcy C. Priedeman (Bar No. 258505)
505 Montgomery St., Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
peter.wald@lw.com
marcy.priedeman@lw.com

and

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California 94025-1008
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
patrick.gibbs@lw.com

*Counsel for Defendants Impax Laboratories, Inc., Larry Hsu, Arthur A. Koch, and Bryan M. Reasons*

COHEN MILSTEIN
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW

3
STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING
Case No. 3:13-cv-01037-EMC

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.  Motion to be heard on 2/20/14 at 1:30 p.m.

4 Dated: August 28, 2013

_____
Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

6 Submitted by:

Solomon B. Cera (State Bar No. 99467)
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-mail: scera@gbcslaw.com

*Counsel for Boilermaker Blacksmith National Pension Trust and Liaison Counsel for the Class*

    - and –

COHEN MILSTEIN SELLERS
  & TOLL PLLC

Steven J. Toll (Admitted *pro hac vice*)
Daniel S. Sommers (Admitted *pro hac vice*)
Joshua M. Kolsky (Admitted *pro hac vice*)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Christopher Lometti (Admitted *pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Counsel for the Boilermaker Blacksmith National Pension Trust and Lead Counsel for the Class*