```
 1  LATHAM & WATKINS LLP
       Peter A. Wald (Bar No. 85705)
 2     Marcy C. Priedeman (Bar No. 258505)
    peter.wald@lw.com
 3  marcy.priedeman@lw.com
    505 Montgomery Street, Suite 2000
 4  San Francisco, California
    Telephone: (415) 391-0600
 5  Facsimile: (415) 395-8095

 6
       Patrick E. Gibbs (Bar No. 183174)
 7  patrick.gibbs@lw.com
    140 Scott Drive
 8  Menlo Park, California 94025-1008
    Telephone: (650) 328-4600
 9  Facsimile: (650) 463-2600

10

11  Attorneys for Defendants
    IMPAX LABORATORIES, INC., LARRY HSU, and
12  ARTHUR A. KOCH
```

13                         UNITED STATES DISTRICT COURT

14                        NORTHERN DISTRICT OF CALIFORNIA

15                              SAN FRANCISCO DIVISION

| | |
|---|---|
| DENIS MULLIGAN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 13-cv-01037-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| IMPAX LABORATORIES, INC., LARRY HSU, and ARTHUR A. KOCH | Class Action |
| Defendants. | |

(caption continued on next page)

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

| | |
|---|---|
| HAVERHILL RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>IMPAX LABORATORIES, INC., LARRY HSU, and ARTHUR A. KOCH<br><br>            Defendants. | Case No.: 13-cv-01566-EMC |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

Lead Plaintiff Boilermaker Blacksmith National Pension Trust, by and through its respective counsel ("Plaintiff"), and defendants Impax Laboratories, Inc., Larry Hsu, and Arthur A. Koch, by and through their respective counsel, (collectively, "Defendants"), hereby stipulate to the following:

WHEREAS, on March 7, 2013, Plaintiff Denis Mulligan, individually and on behalf of all others similarly situated, filed a complaint captioned *Denis Mulligan v. Impax Laboratories, Inc. et al.*, No. 13-cv-01037, a putative class action under the Private Securities Litigation Reform Act of 1995 (the "PSLRA") alleging securities fraud (the "*Mulligan* matter");

WHEREAS, pursuant to the March 7, 2013 Case Management Conference Order, the Initial Case Management Conference for the *Mulligan* matter was initially scheduled for June 6, 2013;

WHEREAS, on April 8, 2013, Plaintiff Haverhill Retirement Center, individually and on behalf of all others similarly situated, filed a complaint captioned *Haverhill Retirement System v. Impax Laboratories, Inc. et al.*, No. 13-cv-01566, also a putative class action under the PSLRA alleging securities fraud (the "*Haverhill* matter").

WHEREAS, pursuant to the April 8, 2013 Case Management Conference Order, the Initial Case Management Conference for the *Haverhill* matter was initially scheduled for July 12, 2013;

WHEREAS, on April 19, 2013, and April 22, 2013, Plaintiffs Haverhill and Mulligan, respectively, stipulated with Defendants to continue the Initial Case Management Conferences in their respective matters until after the Defendants filed an answer, which would follow any ruling on Defendants' motion to dismiss (the *Mulligan* matter, Dkt. #15 ¶ 9; the *Haverhill* matter, Dkt. #16 ¶ 9);

WHEREAS, pursuant to those stipulations, on April 25, 2013, the Court reset the respective Initial Case Management Conferences for November 7, 2013 (the *Mulligan* matter, Dkt. #15; the *Haverhill* matter, Dkt. #16);

WHEREAS, on July 2, 2013, the Court consolidated the *Mulligan* and *Haverhill* matters and appointed Boilermaker Blacksmith National Pension Trust as Lead Plaintiff (Dkt. #53);

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

1   WHEREAS, on August 27, 2013, Lead Plaintiff and Defendants stipulated, and the Court
2   ordered pursuant to such stipulation on August 28, 2013, for Defendants' motion to dismiss to be
3   filed on or before November 14, 2013 (Dkt. #62);

4   WHEREAS, in order to avoid the unnecessary expenditure of the Court's and parties'
5   resources prior to the filing of and ruling on Defendants' motion to dismiss, the parties agree to
6   continue the Initial Case Management Conference until after Defendants' motion to dismiss has
7   been adjudicated; and

8   WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights,
9   arguments, or defenses otherwise available to the parties to this action.

10  NOW THEREFORE, the undersigned parties, by and through their counsel of record,
11  stipulate as follows:

12  The Initial Case Management Conference, currently scheduled for November 7, 2013, is
13  continued to February 20, 2014, at 1:30 p.m.

15  DATED:  September 18, 2013

17  **GOLD BENNETT CERA & SIDENER LLP**     **LATHAM & WATKINS LLP**

18  By: /s/ Solomon B. Cera                  By: /s/ Peter A. Wald
        Solomon B. Cera                           Peter A. Wald

20  *Counsel for the Boilermaker Blacksmith*     Peter A. Wald (Bar No. 85705)
    *National Pension Trust and Liaison Counsel* Marcy C. Priedeman (Bar No. 258505)
    *for the Class*                              505 Montgomery St., Suite 2000
                                                 San Francisco, California  94111
22  **COHEN MILSTEIN SELLERS & TOLL**            Telephone:  (415) 391-0600
    **PLLC**                                     Facsimile:  (415) 395-8095
                                                 peter.wald@lw.com
23  Steven J. Toll (admitted *pro hac vice*)     marcy.priedeman@lw.com
    Daniel S. Sommers (admitted *pro hac vice*)
24  Joshua M. Kolsky (admitted *pro hac vice*)   and
    1100 New York Avenue, N.W.
25  West Tower, Suite 500                        Patrick E. Gibbs (Bar No. 183174)
    Washington, D.C. 20005                       140 Scott Drive
26  Telephone: (202) 408-4600                    Menlo Park, California 94025-1008
    Fax: (202) 408-4699                          Telephone:  (650) 328-4600
                                                 Facsimile:  (650) 463-2600
28  Christopher Lometti (*admitted pro hac vice*)  patrick.gibbs@lw.com
    88 Pine Street, 14th Floor

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

| | | |
|---|---|---|
| 1 | New York, New York 10005<br>Telephone: (212) 838-7797 | *Counsel for Defendants Impax Laboratories,*<br>*Inc., Larry Hsu, and Arthur A. Koch,* |
| 2 | Facsimile: (212) 838-7745 | |
| 3 | *Counsel for the Boilermaker Blacksmith*<br>*National Pension Trust and Lead Counsel for* | |
| 4 | *the Class* | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: 9/20/13

Hon. E
United

APPROVED
Judge Edward M. Chen

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Scheduling and Rescheduling Initial Case Management Conference Order. Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Peter A. Wald, attest that concurrence in the filing of this document has been obtained.

DATED: September 18, 2013     __/s/ Peter A. Wald_____
                                                      Peter A. Wald (Bar No. 85705)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC