1  LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
2     Marcy C. Priedeman (Bar No. 258505)
*peter.wald@lw.com*
3  *marcy.priedeman@lw.com*
505 Montgomery Street, Suite 2000
4  San Francisco, California
Telephone:  (415) 391-0600
5  Facsimile:   (415) 395-8095

6

   Patrick E. Gibbs (Bar No. 183174)
7  *patrick.gibbs@lw.com*
140 Scott Drive
8  Menlo Park, California 94025-1008
Telephone:  (650) 328-4600
9  Facsimile:  (650) 463-2600

10

11  Attorneys for Defendants
IMPAX LABORATORIES, INC., LARRY HSU and
12  ARTHUR A. KOCH

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

SAN FRANCISCO DIVISION

16

| | |
|---|---|
| DENIS MULLIGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMPAX LABORATORIES, INC., LARRY HSU and ARTHUR A. KOCH<br><br>Defendants. | Case No.: 13-cv-01037-EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING DATE OF MOTION HEARING FOR DEFENDANTS' MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Honorable Edward Chen |

(caption continued on next page)

| | | |
|---|---|---|
| 1 | HAVERHILL RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No.: 13-cv-01566-EMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | IMPAX LABORATORIES, INC., LARRY HSU, and ARTHUR A. KOCH | |
| 6 | | |
| 7 | Defendants. | |

**STIPULATED REQUEST AND [PROPOSED] ORDER**

Defendants Impax Laboratories, Inc., Larry Hsu, and Arthur A. Koch, by and through their respective counsel, (collectively, "Defendants"), and Lead Plaintiff Boilermaker Blacksmith National Pension Trust, by and through its respective counsel ("Lead Plaintiff"), hereby stipulate to the following:

WHEREAS, on March 7, 2013, Plaintiff Denis Mulligan, individually and on behalf of all others similarly situated, filed a complaint captioned *Denis Mulligan v. Impax Laboratories, Inc. et al.*, No. 13-cv-01037, a putative class action under the Private Securities Litigation Reform Act of 1995 (the "PSLRA") alleging securities fraud (the "*Mulligan* matter");

WHEREAS, pursuant to the March 7, 2013 Case Management Conference Order, the Initial Case Management Conference for the *Mulligan* matter was initially scheduled for June 6, 2013;

WHEREAS, on April 8, 2013, Plaintiff Haverhill Retirement Center, individually and on behalf of all others similarly situated, filed a complaint captioned *Haverhill Retirement System v. Impax Laboratories, Inc. et al.*, No. 13-cv-01566, also a putative class action under the PSLRA alleging securities fraud (the "*Haverhill* matter").

WHEREAS, pursuant to the April 8, 2013 Case Management Conference Order, the Initial Case Management Conference for the *Haverhill* matter was initially scheduled for July 12, 2013;

WHEREAS, on April 19, 2013, and April 22, 2013, Plaintiffs Haverhill and Mulligan, respectively, stipulated with Defendants to continue the Initial Case Management Conferences in their respective matters until after the Defendants filed an answer, which would follow any ruling on Defendants' motion to dismiss (the *Mulligan* matter, Dkt. #15 ¶ 9; the *Haverhill* matter, Dkt. #16 ¶ 9);

WHEREAS, pursuant to those stipulations, on April 25, 2013, the Court reset the respective Initial Case Management Conferences for November 7, 2013 (the *Mulligan* matter, Dkt. #15; the *Haverhill* matter, Dkt. #16);

WHEREAS, on July 2, 2013, the Court consolidated the *Mulligan* and *Haverhill* matters

1  and appointed Boilermaker Blacksmith National Pension Trust as Lead Plaintiff (Dkt. #53);

2  WHEREAS on August 28, 2013, the Court scheduled a Motion Hearing on Defendants'
3  Motion to Dismiss for February 20, 2014, at 1:30 p.m. (Dkt. #62);

4  WHEREAS, on September 18, 2013, Lead Plaintiff and Defendants stipulated to continue
5  the Initial Case Management Conferences until after Defendants' Motion to Dismiss has been
6  adjudicated (Dkt. #64);

7  WHEREAS, pursuant to the September 18, 2013 stipulation, on September 20, 2013, the
8  Court reset the Initial Case Management Conference for February 20, 2014 (Dkt. #65);

9  WHEREAS, on February 12, 2014, the Court reset the Motion to Dismiss Hearing and
10  Initial Case Management Conference for March 6, 2014 (Dkt. #76);

11  WHEREAS counsel for Defendants has a scheduling conflict on March 6, 2014;

12  WHEREAS the parties agreed that March 13, 2014, at 1:30 p.m. is a mutually convenient
13  date for the Motion Hearing;

14  WHEREAS, in order to avoid the unnecessary expenditure of the Court's and parties'
15  resources prior to the ruling on Defendants' Motion to Dismiss, the parties agree to continue the
16  Initial Case Management Conference until after Defendants' Motion to Dismiss has been
17  adjudicated; and

18  WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights,
19  arguments, or defenses otherwise available to the parties to this action.

20  NOW THEREFORE, the undersigned parties, by and through their counsel of record,
21  stipulate and agree, subject to the Court's approval, as follows:

22  1.  The Motion Hearing set for March 6, 2014, at 1:30 p.m. shall be continued to
23  March 13, 2014, at 1:30 p.m.; and

24  2.  The Initial Case Management Conference, currently scheduled for March 6, 2014,
25  is continued to a date and time to be determined after the Court rules on Defendants' motion to
26  dismiss.

27  //
28  //

1  IT IS SO STIPULATED.

2  DATED:  February 14, 2014.

4  **GOLD BENNETT CERA & SIDENER LLP**     **LATHAM & WATKINS LLP**

6  By: /s/ Solomon B. Cera                By: /s/ Peter A. Wald
       Solomon B. Cera                         Peter A. Wald

*Counsel for the Boilermaker Blacksmith National Pension Trust and Liaison Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (admitted *pro hac vice*)
Daniel S. Sommers (admitted *pro hac vice*)
Joshua M. Kolsky (admitted *pro hac vice*)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Christopher Lometti (*admitted pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Counsel for the Boilermaker Blacksmith National Pension Trust and Lead Counsel for the Class*

Peter A. Wald (Bar No. 85705)
Marcy C. Priedeman (Bar No. 258505)
505 Montgomery St., Suite 2000
San Francisco, California  94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
peter.wald@lw.com
marcy.priedeman@lw.com

and

Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California 94025-1008
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600
patrick.gibbs@lw.com

*Counsel for Defendants Impax Laboratories, Inc., Larry Hsu, and Arthur A. Koch*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/20/14  _____
Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order.  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Peter A. Wald, attest that concurrence in the filing of this document has been obtained.

DATED:  FEBRUARY 14, 2014             \_\_/s/ Peter A. Wald_____
                                      Peter A. Wald (Bar No. 85705)