LATHAM & WATKINS LLP
Peter A. Wald (Bar No. 85705)
Marcy C. Priedeman (Bar No. 258505)
*peter.wald@lw.com*
*marcy.priedeman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Patrick E. Gibbs (Bar No. 183174)
*patrick.gibbs@lw.com*
140 Scott Drive
Menlo Park, California 94025-1008
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendants
IMPAX LABORATORIES, INC., LARRY HSU, and
ARTHUR A. KOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENIS MULLIGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMPAX LABORATORIES, INC., LARRY HSU, and ARTHUR A. KOCH<br><br>Defendants. | Case No.: 13-cv-01037-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Class Action |

(caption continued on next page)

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

HAVERHILL RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

IMPAX LABORATORIES, INC., LARRY HSU, and ARTHUR A. KOCH

Defendants.

Case No.: 13-cv-01566-EMC

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

Lead Plaintiff Boilermaker Blacksmith National Pension Trust, by and through its respective counsel ("Plaintiff"), and defendants Impax Laboratories, Inc., Larry Hsu, and Arthur A. Koch, by and through their respective counsel, (collectively, "Defendants"), hereby stipulate to the following:

WHEREAS, on March 7, 2013, Plaintiff Denis Mulligan, individually and on behalf of all others similarly situated, filed a complaint captioned *Denis Mulligan v. Impax Laboratories, Inc. et al.*, No. 13-cv-01037, a putative class action under the Private Securities Litigation Reform Act of 1995 (the "PSLRA") alleging securities fraud (the "*Mulligan* matter");

WHEREAS, pursuant to the March 7, 2013 Case Management Conference Order, the Initial Case Management Conference for the *Mulligan* matter was initially scheduled for June 6, 2013;

WHEREAS, on April 8, 2013, Plaintiff Haverhill Retirement Center, individually and on behalf of all others similarly situated, filed a complaint captioned *Haverhill Retirement System v. Impax Laboratories, Inc. et al.*, No. 13-cv-01566, also a putative class action under the PSLRA alleging securities fraud (the "*Haverhill* matter").

WHEREAS, pursuant to the April 8, 2013 Case Management Conference Order, the Initial Case Management Conference for the *Haverhill* matter was initially scheduled for July 12, 2013;

WHEREAS, on April 19, 2013, and April 22, 2013, Plaintiffs Haverhill and Mulligan, respectively, stipulated with Defendants to continue the Initial Case Management Conferences in their respective matters until after the Defendants filed an answer, which would follow any ruling on Defendants' motion to dismiss (the *Mulligan* matter, Dkt. #15 ¶ 9; the *Haverhill* matter, Dkt. #16 ¶ 9);

WHEREAS, pursuant to those stipulations, on April 25, 2013, the Court reset the respective Initial Case Management Conferences for November 7, 2013 (the *Mulligan* matter, Dkt. #15; the *Haverhill* matter, Dkt. #16);

WHEREAS, on July 2, 2013, the Court consolidated the *Mulligan* and *Haverhill* matters and appointed Boilermaker Blacksmith National Pension Trust as Lead Plaintiff (Dkt. #53);

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

WHEREAS, on August 27, 2013, Lead Plaintiff and Defendants stipulated, and the Court ordered pursuant to such stipulation on August 28, 2013, for Defendants' motion to dismiss to be filed on or before November 14, 2013 (Dkt. #62);

WHEREAS, in order to avoid the unnecessary expenditure of the Court's and parties' resources prior to the filing of and ruling on Defendants' motion to dismiss, the parties agreed and the Court set the Initial Case Management Conference for April 17, 2014 (Dkt. # 80).

WHEREAS the Court reset the Initial Case Management Conference from April 17, 2014 to April 15, 2014 (Dkt. # 83);

WHEREAS, Lead Counsel for Defendants has a previous engagement outside the State of California on April 15, 2014;

WHEREAS, the parties agreed that April 24, 2014, at 9:00 a.m. is a mutually convenient date for the Case Management Conference;

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties to this action.

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

The Initial Case Management Conference, currently scheduled for April 15, 2014 is continued to April 24, 2014, at 9:00 a.m.

DATED: March 17, 2014

**GOLD BENNETT CERA & SIDENER LLP**

By: /s/ Solomon B. Cera
Solomon B. Cera

*Counsel for the Boilermaker Blacksmith National Pension Trust and Liaison Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (admitted *pro hac vice*)

**LATHAM & WATKINS LLP**

By: /s/ Peter A. Wald
Peter A. Wald

Peter A. Wald (Bar No. 85705)
Marcy C. Priedeman (Bar No. 258505)
505 Montgomery St., Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
peter.wald@lw.com
marcy.priedeman@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

Daniel S. Sommers (admitted *pro hac vice*)
Joshua M. Kolsky (admitted *pro hac vice*)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699

Christopher Lometti (*admitted pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Counsel for the Boilermaker Blacksmith National Pension Trust and Lead Counsel for the Class*

and

Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California 94025-1008
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
patrick.gibbs@lw.com

*Counsel for Defendants Impax Laboratories, Inc., Larry Hsu, and Arthur A. Koch,*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/25/14

Hon. Edw[illegible]
United Sta[illegible]

UNITED STATES DISTRICT COURT
APPROVED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Scheduling and Rescheduling Initial Case Management Conference Order. Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Peter A. Wald, attest that concurrence in the filing of this document has been obtained.

DATED: March 17, 2014

__/s/ Peter A. Wald_______________
Peter A. Wald (Bar No. 85705)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT CONF.
CASE NUMBER: 13-cv-01037 EMC