| | |
|---|---|
| 1 | GOLD BENNETT CERA & SIDENER LLP |
| 2 | SOLOMON B. CERA (State Bar No. 99467)<br>THOMAS C. BRIGHT (State Bar No. 169713) |
| 3 | 595 Market Street, Suite 2300<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 777-2230<br>Fax: (415) 777-5189 |
| 5 | Email: scera@gbcslaw.com<br>Email: tbright@gbcslaw.com |
| 6 | *Liaison Counsel for Lead Plaintiff the Boilermaker-Blacksmith* |
| 7 | *National Pension Trust* |
| 8 | [Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS MULLIGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC., LARRY HSU, and ARTHUR A. KOCH,<br><br>Defendants. | Case No. 3:13-cv-01037-EMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING SCHEDULING** |
| HAVERHILL RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC., LARRY HSU, and ARTHUR A. KOCH,<br><br>Defendants. | Case No. 3:13-CV-01566-EMC |

COHEN MILSTEIN
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW
WASHINGTON

STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULING
CASE NUMBER: 13-cv-01037 EMC

1  Lead Plaintiff Boilermaker Blacksmith National Pension Trust, by and through its
2  respective counsel ("Lead Plaintiff"), and Defendants Impax Laboratories, Inc., Larry Hsu, and
3  Arthur A. Koch, by and through their respective counsel, (collectively, "Defendants") hereby
4  stipulate to the following:

5  WHEREAS, a case management conference is currently set for October 16, 2014 and the
6  parties' case management statement is due on October 9, 2014 (Dkt. #105);

7  WHEREAS, on September 22, 2014, the parties engaged in a mediation and agreed to a
8  settlement-in-principle to resolve this action;

9  WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights,
10 arguments, or defenses otherwise available to the parties to this action; and

11 WHEREAS, the parties believe that in order to avoid waste of judicial and the parties'
12 resources, the case management conference and case management statement should be continued
13 until further order of the Court and the action should be stayed while the Court considers whether
14 to approve the proposed settlement.

15 NOW THEREFORE, the undersigned parties, by and through their counsel of record,
16 stipulate and agree, subject to the Court's approval, as follows:

17 1. The case management conference currently scheduled for October 16, 2014 is
18    continued until further order of the Court;

19 2. The deadline for the parties' case management statement, currently set for
20    October 9, 2014, is continued until further order of the Court; and

21 3. The deadlines contained in the May 29, 2014 Order are suspended until further
22    order of the Court and the case is stayed in all respects except as to proceedings
23    concerning the approval and implementation of the proposed settlement.

COHEN MILSTEIN
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW
WASHINGTON

1

STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULING
CASE NUMBER: 13-cv-01037 EMC

1  DATED:  September 26, 2014

3  **GOLD BENNETT CERA & SIDENER LLP**     **LATHAM & WATKINS LLP**

4  By:  /s/ Solomon B. Cera             By:  Peter A. Wald
        Solomon B. Cera                       Peter A. Wald

*Liaison Counsel for Lead Plaintiff the*          Peter A. Wald (Bar No. 85705)
*Boilermaker Blacksmith National Pension*         Marcy C. Priedeman (Bar No. 258505)
*Trust*                                           505 Montgomery St., Suite 2000
                                                  San Francisco, California  94111
**COHEN MILSTEIN SELLERS**                        Telephone:  (415) 391-0600
**& TOLL PLLC**                                   Facsimile:  (415) 395-8095
                                                  peter.wald@lw.com
Steven J. Toll (admitted *pro hac vice*)          marcy.priedeman@lw.com
Daniel S. Sommers (admitted *pro hac vice*)
Joshua M. Kolsky (admitted *pro hac vice*)        and
1100 New York Avenue, N.W.
West Tower, Suite 500                             Patrick E. Gibbs (Bar No. 183174)
Washington, D.C. 20005                            140 Scott Drive
Telephone: (202) 408-4600                         Menlo Park, California 94025-1008
Fax: (202) 408-4699                               Telephone:  (650) 328-4600
                                                  Facsimile:  (650) 463-2600
Christopher Lometti (*admitted pro hac vice*)     patrick.gibbs@lw.com
88 Pine Street, 14th Floor
New York, New York 10005                          *Counsel for Defendants Impax Laboratories,*
Telephone: (212) 838-7797                         *Inc., Larry Hsu, and Arthur A. Koch,*
Facsimile: (212) 838-7745

*Counsel for Lead Plaintiff the Boilermaker*
*Blacksmith National Pension Trust*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULING
CASE NUMBER: 13-cv-01037 EMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** A further CMC is set for December 4, 2014 at 10:30 a.m.  An updated joint CMC Statement shall be filed by November 26, 2014.

DATED: _____9/29/14_____       _____
                                   Hon. Edward M. Chen
                                   United States District Court Judge



COHEN MILSTEIN
SELLERS & TOLL
PLLC
ATTORNEYS AT LAW
WASHINGTON

3

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
CASE NUMBER: 13-cv-01037 EMC

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Scheduling.  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Solomon B. Cera, attest that concurrence in the filing of this document has been obtained.


DATED:  September 26, 2014                    /s/ Solomon B. Cera
                                                            Solomon B. Cera